JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN YAGMAN, | ) | Case No. CV 15-5512 FMO (JCx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| JAY BRAY, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated this 29th day of December, 2015.

/s/
Fernando M. Olguin
United States District Judge